FILED

2008 AUG 29  A 8: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9
10      RICHARD JOSEPH CRANE,      C 08  04126  JF

11                    Plaintiff,      )      CASE NO. _____
                                      )
12          vs.                       )      PRISONER'S
                                      )      APPLICATION TO PROCEED
13      M.S. EVANS,                   )      IN FORMA PAUPERIS
                                      )
14                    Defendant.      )
                                      )
15      _____

16          I, __Richard Joseph Crane__, declare, under penalty of perjury that I am the

17      plaintiff in the above entitled case and that the information I offer throughout this application

18      is true and correct. I offer this application in support of my request to proceed without being

19      required to prepay the full amount of fees, costs or give security. I state that because of my

20      poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21      entitled to relief.

22          In support of this application, I provide the following information:

23      1.      Are you presently employed? Yes ____ No _X__

24      If your answer is "yes," state both your gross and net salary or wages per month, and give the

25      name and address of your employer:

26      Gross: ____None_____      Net: ____None_____

27      Employer: ____None_____

28      _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ 2003  Prison job $22.00 approximately _____

5  _____

6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.     Business, Profession or                Yes _____ No _X_

10              self employment

11       b.     Income from stocks, bonds,             Yes _____ No _X_

12              or royalties?

13       c.     Rent payments?                         Yes _____ No _X_

14       d.     Pensions, annuities, or                Yes _____ No _X_

15              life insurance payments?

16       e.     Federal or State welfare payments,     Yes _____ No _X_

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ Not applicable _____

22  _____

23  3.     Are you married?                            Yes _____ No _X_

24  Spouse's Full Name: _____ None _____

25  Spouse's Place of Employment: ___ None _____

26  Spouse's Monthly Salary, Wages or Income:   Not applicable

27  Gross $_____ N/A _____ Net $_____ N/A _____

28  4.     a.     List amount you contribute to your spouse's support:$ _____ N/A _____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

None
_____

5.    Do you own or are you buying a home?         Yes ____  No _X_

Estimated Market Value: $__N/A_____  Amount of Mortgage: $__N/A_____

6.    Do you own an automobile?                          Yes ____  No _X_

Make __N/A_____  Year __N/A____  Model __N/A_____

Is it financed? Yes _NA_  No _NA_  If so, Total due: $ __N/A_____

Monthly Payment: $ _N/A_____

7.    Do you have a bank account?  Yes ____  No _X_  (Do not include account numbers.)

Name(s) and address(es) of bank: _____Not applicable_____
_____

Present balance(s):  $ _____None_____

Do you own any cash?  Yes ____  No _X_  Amount:  $ ____N/A_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)  Yes ____  No _X_
_____

8.    What are your monthly expenses?

Rent: $ __None_____   Utilities: _____None_____

Food: $ __None_____   Clothing: _____None_____

Charge Accounts:   None

| Name of Account N/A | Monthly Payment None | Total Owed on This Acct. |
|---|---|---|
| ____0____ | $ ____0____ | $ ___0___ |
| ____0____ | $ __0__ | $ _0_ |
| ____0____ | $ ___0___ | $ ___0___  9.  Do |

3

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  Court fees for Informa Pauperis Status

4  

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes  X   No ____

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  RICHARD JOSEPH CRANE vs. M.S. EVANS, U.S. Northern District of California,

10  Case No. C-07-0763 JF (PR).  Pending

11          I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13          I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15  

16  08/25/08                                    _____

17        DATE                                  SIGNATURE OF APPLICANT

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28

1
2
3
4
5
6
7
8

Case Number: _____

9

CERTIFICATE OF FUNDS

10

IN

11

PRISONER'S ACCOUNT

12

13      I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of  _C-44519_  _Crane, Richard_  for the last six months

15   at

16      SALINAS VALLEY STATE PRISON
        ACCOUNTING DEPARTMENT              [prisoner name]
17      P.O. BOX 1020
        SOLEDAD, CA 93960-1020
        _____  where (s)he is confined.

18          [name of institution]

19      I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ ___0___  and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $ __0__ .

22

23   Dated:  _4/7/08_                        _L. Macias_

24                                         [Authorized officer of the institution]

25
26
27
28

REPORT ID: TS3030  .701                                    REPORT DATE: 04/07/0
                                                              PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 07, 2008

ACCOUNT NUMBER : C44519                    BED/CELL NUMBER: FDB9T1000000196L
ACCOUNT NAME   : CRANE, RICHARD JOSEPH      ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 01/20/2006 | H107 | POSTAGE HOLD | 1856 PPOST | 13.75 |
| 07/14/2006 | H110 | COPIES HOLD | 0148 COPY | 0.50 |
| 12/12/2007 | H110 | COPIES HOLD | 1566 COPY | 1.80 |
| 02/07/2008 | H110 | COPIES HOLD | 2055 COPY | 0.60 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 2361 LPOST | 1.14 |
| 03/12/2008 | H109 | LEGAL POSTAGE HOLD | 2361 LPOST | 1.31 |
| 03/17/2008 | H109 | LEGAL POSTAGE HOLD | 2416 LPOST | 1.31 |
| 03/17/2008 | H109 | LEGAL POSTAGE HOLD | 2416 LPOST | 1.14 |
| 03/18/2008 | H109 | LEGAL POSTAGE HOLD | 2426 LPOST | 0.97 |
| 03/18/2008 | H109 | LEGAL POSTAGE HOLD | 2426 LPOST | 0.97 |
| 03/18/2008 | H109 | LEGAL POSTAGE HOLD | 2426 LPOST | 0.97 |
| 03/19/2008 | H118 | LEGAL COPIES HOLD | 2439 LCOPY | 9.30 |
| 03/19/2008 | H109 | LEGAL POSTAGE HOLD | 2438 LPOST | 0.75 |
| 03/19/2008 | H109 | LEGAL POSTAGE HOLD | 2438 LPOST | 0.92 |
| 03/20/2008 | H109 | LEGAL POSTAGE HOLD | 2452 ENVEL | 1.35 |
| 03/20/2008 | H118 | LEGAL COPIES HOLD | 2455 LCOPY | 1.80 |
| 03/20/2008 | H118 | LEGAL COPIES HOLD | 2455 LCOPY | 1.20 |
| 03/21/2008 | H109 | LEGAL POSTAGE HOLD | 2468 LPOST | 0.97 |
| 03/21/2008 | H114 | COPAY FEE, MED. | 2461 COPAY | 5.00 |
| 04/01/2008 | H109 | LEGAL POSTAGE HOLD | 2515 ENVEL | 1.50 |
| 04/01/2008 | H109 | LEGAL POSTAGE HOLD | 2520 LPOST | 0.58 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 47.83 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.                    4/7/08
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY   R. Macias SUSP
   TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------------
47.83-
-----------------